UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 09-CV-82293-RYSKAMP/VITUNAC

06CR 80158 RysKamp

ANTHONY MASILOTTI,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report and recommendation of United States Magistrate Judge Ann E. Vitunac **[DE 13]** entered on February 5, 2010. Pending before Judge Vitunac was petitioner Anthony Masilotti's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 and 28 U.S.C. § 2241. In her report, Judge Vitunac recommended that the petition be denied. Mr. Masilotti filed an objection to the report **[DE 15]** on February 16, 2010. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, the objections, applicable law, and pertinent portions of the record. The Court finds Judge Vitunac's report to be well-reasoned and correct and Mr. Masilotti's objections to be meritless. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) The report of Magistrate Judge Ann E. Vitunac **[DE 13]** be, and the same hereby is **RATIFIED, AFFIRMED** and **APPROVED** in its entirety;

1

(2) Petitioner Anthony Masilotti's Petition for Post Conviction Relief Pursuant to 28 U.S.C. § 2241 and 28 U.S.C. § 2255 **[DE 1]** is **DENIED**;

(3) The Clerk of Court is directed to **CLOSE THIS CASE** and to **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 17 day of February, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

**Copies provided to:**
All counsel of record.